# Exhibit 4

From: Martin Atkins [mailto:invisieu@aol.com]
Sent: Wednesday, March 11, 2015 8:28 AM
To: Kevin Henthorn <khenthorn@theorchard.com>
Cc: Barry Irwin <birwin@irwinip.com>; clientservices <clientservices@theorchard.com>
Subject: Re: Unauthorized Distribution of Kommunity FK album: Live at the Krypt

Hello all - I am swamped with preparations for SXSW this week and will be there all of next

Kevin - this is, as Barry stated - an Orchard issue - but if it helps things along please access the accounting and fwd it to me so that I can then forward it to Barry - however - I'm a little mystified as to why I am involved at all.

Perhaps while we are doing this you can look in to why this is happening at all?

Thanks

Martin Atkins

Sent from my iPhone

On Mar 11, 2015, at 8:20 AM, Kevin Henthorn <khenthorn@theorchard.com> wrote:

> Hi Barry,
>
> Looping in Martin here.  There is no need to take a wrong turn. The fact is, I cannot give out any accounting information for any label we represent to another party, that information has to come through the label.  Martin, are you able to provide Barry with accounting for that specific release, if you are unable to do so I can assist, but unfortunately it just has to go through those proper channels.  If there is any royalties on that specific release, it would have gone to your label's accounting. I am sorry for this inconvenience, but this is the only way we can resolve this situation.  Martin, please let me know if you need any help accessing this information in your Orchard Workstation.
>
> Best,
> Kevin
>
> On Tue, Mar 10, 2015 at 5:16 PM, Barry Irwin <birwin@irwinip.com> wrote:
>> Kevin. Perhaps we should discuss this in person before it takes a wrong turn. The old label relinquished all rights to authorize distribution of my client's recording several years ago, and  instructed The Orchard that The Orchard no longer had rights to distribute my client's recordings several years ago.  The Orchard nevertheless distributed the music. So, the claim is against The Orchard. Your agreement with the label is irrelevant to our issue with The Orchard. I urge you to provide us with the requested information so that we may appropriately discuss a resolution.
>>
>> My cell is 312.663.4101.
>>
>> Best,

Barry

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Kevin Henthorn <khenthorn@theorchard.com>
Date:03/10/2015 3:53 PM (GMT-06:00)
To: Barry Irwin <birwin@irwinip.com>
Cc: clientservices <clientservices@theorchard.com>
Subject: Re: Unauthorized Distribution of Kommunity FK album: Live at the Krypt

Hi Barry,

The label is underground Inc, as we are in contract with them, everything must go through them.  For specific accounting and all label inquiries please reach out to Underground Inc, invisieu@aol.com.

Best,
Kevin

On Tue, Mar 10, 2015 at 4:34 PM, Barry Irwin <birwin@irwinip.com> wrote:

> Thanks, but there are two issues with that: there is no label to contact at this point, and I understand the old label instructed The Orchard to take the album down.  Apparently, The Orchard did not do so. So, frankly, our issue is with The Orchard, not necessarily the label. I hope to be able to address this in an amicable manner, but we need a complete accounting.
>
> Thanks,
>
> Barry
>
> Sent from my T-Mobile 4G LTE Device
>
> -------- Original message --------
> From: Kevin Henthorn <khenthorn@theorchard.com>
> Date:03/10/2015 3:24 PM (GMT-06:00)
> To: Barry Irwin <birwin@irwinip.com>
> Cc: clientservices <clientservices@theorchard.com>
> Subject: Re: Unauthorized Distribution of Kommunity FK album: Live at the Krypt
>
> Hi Barry,
>
> It does not look like it, the release was down on all other stores, however all exact accounting information would have to go through the label so I would advise you reach out to them for any additional information.

Best,
Kevin

--
## Kevin Olken Henthorn • *Client Services*

Khenthorn@theorchard.com

**THE ORCHARD** *Distribution Done Right*

23 E 4th St Fl 3, New York, NY 10003

www.theorchard.com

**Follow us:** The Daily Rind • Facebook • Twitter • YouTube • LinkedIn

**Privileged And Confidential Communication.** This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

--
## Kevin Olken Henthorn • *Client Services*

Khenthorn@theorchard.com

**THE ORCHARD** *Distribution Done Right*

23 E 4th St Fl 3, New York, NY 10003

www.theorchard.com

**Follow us:** The Daily Rind • Facebook • Twitter • YouTube • LinkedIn

**Privileged And Confidential Communication.** This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

--
## Kevin Olken Henthorn • *Client Services*

Khenthorn@theorchard.com

**THE ORCHARD** *Distribution Done Right*

23 E 4th St Fl 3, New York, NY 10003

www.theorchard.com

**Follow us:** The Daily Rind • Facebook • Twitter • YouTube • LinkedIn

**Privileged And Confidential Communication.** This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.